USCA1 Opinion

 

 October 19, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1587  EBENEZER ALUKO, Petitioner, v. IMMIGRATION AND NATURALIZATION SERVICE, Respondent. ____________________ ON PETITION FOR REVIEW OF AN ORDER OF THE BOARD OF IMMIGRATION APPEALS ____________________ Before Torruella, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ____________________ Louis B. Abilheira on brief for petitioner. __________________ Frank W. Hunger, Assistant Attorney, General, Joan E. Smiley, ________________ __ _ Senior Litigation Counsel, and Vernon Benet Miles, Attorney, Office of _________________________ __________________ Immigration Litigation, Civil Division, Department of Justice, on brief for respondent. ____________________ ____________________ Per Curiam. We have carefully reviewed the record __________ and petitioner's arguments.  We will not remand and direct the Board to consider new evidence because, so far as appears from the record, petitioner neither promptly notified the Board of his marriage before the Board issued its decision nor promptly moved to reopen under 8 C.F.R. 3.8. See Ramirez-Gonzalez ___ ________________ v. INS, 695 F.2d 1208, 1213-14 (9th Cir. 1983); Martinez de ___ ___________ Mendoza v. INS, 567 F.2d 1222, 1226 n.9 (3d Cir. 1977). _______ ___ The Immigration Judge and Board adequately explained their reasons for denying discretionary relief from deportation. We see no basis to disturb their decision. The petition for judicial review is denied. Loc. ______ R. 27.1.